AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 3 0 2016

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Jetsun McCain<br>Sarah Bentley<br><br>Defendant(s) | )<br>)<br>) Case No. MJ 16-3349 LF<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2016__ in the county of __Bernalillo__ in the __Albuquerque__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 13 NMSA30-16D1 | Unlawful Taking of a Motor Vehicle |
| NMSA 30-28-1 | Attempting to Commit a Felony |
| 18 USC 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

On August 28, 2016 while performing duties as an enforcement officer in uniform on Department of Veteran Affairs property, I was informed by an employee that persons unknown was possibly breaking into a vehicle that was located on the property. At approximately 00:50 hrs. the employee came to the service window of our police operations. Officer Carlos Nevarez and myself immediately responded to the area, which was the emergency room parking lot.

☑ Continued on the attached sheet.

_____
Complainant's signature

James E. Brown, Lieutenant
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/30/2016

City and state: Albuquerque, NM

_____
Judge's signature

Laura Fashing, U.S. Magistrate Judge
Printed name and title

On August 21, 2016, while performing my duties as a law enforcement officer in Uniform on Department of Veteran Affairs property, I was informed by a VA employee that persons were possibly breaking into a vehicle that was located in the ED parking lot. At approximately 00:50 AM the employee came to the Operations Service window at the Police Operations Office. Officer Nevarez and myself immediately responded to the parking lot area of the Emergency Room (Lot C). Once in the parking lot, I observed a Green Saturn vehicle bearing New Mexico plate number 669 SPA, parked in the northwest corner of the parking lot. Two individuals were inside the vehicle, a male and a female. I approached the vehicle from the driver's side, Officer Nevarez approached from the passenger side. I asked the male subject if he was the owner of the vehicle and he responded "No". Noticing the two subject acting suspicious, I ordered the driver to step out, Officer Nevarez ordered the passenger to step out also. Once the driver was out of the vehicle, I asked him to place his hand on his head so I could keep an eye on his hand and step away from the vehicle. Once he was away from the vehicle, for safety purposes, the subject was handcuffed by myself. Officer Nevarez then placed the female in cuffs also once she was out of the vehicle. Officer Nevarez noticed the steering wheel and the ignition switch had been heavily damaged which appeared as if they had attempted to pop out the ignition switch. I asked the male subject again if the vehicle belonged to him, and again he said no. Officer Nevarez had asked the female what they were doing in the vehicle and if it belonged to them. She stated it did not belong to them and that they were going to take it to get away for they had been traveling on foot for the last 4 days. I placed the male subject in my unit, Officer Nevarez placed the female in his unit. Once they had been secured in the units, Officer Nevarez began to take photos of the vehicle. It was discovered the ignition switch had been tampered with and a steel rod was found inside the vehicle which was used to

force. The incident scene was documented and photos were taken of the vehicle's damages and all the tools used to accomplished that. Once all photos were taken, the items were seized as evidence. Once the scene/vehicle was processed, both subjects were transported to Bldg 1 in separate vehicles. I read the male subject his rights and he stated he wanted a lawyer. At that point I stopped with any further questioning of him. He was identified as Jetson McLain by his own admission. McLain was placed in the holding cell. The female identified herself as Sarah Bentley. The vehicles license plate was ran through NCIC for a registration check. Vehicle came back registered to Sarah Blevins out of Albuquerque, NM. We attempted to locate Blevins by checking to see if she was an employee or patient and had no luck locating her. The Registered Owner Sarah Blevins on August 29, 2016 came by later in the afternoon after 3pm to pickup her vehicle and it was released to her.

_Complainant's signature_

James R. Brown Lieutenant
Printed name & title

Sworn to before me and signed in my presence.

Date: 8/30/2016

Laura Fashing, U.S. Magistrate Judge